**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PANTHER MOUNTAIN LAND                                        PLAINTIFFS
DEVELOPMENT, LLC;
BARRY K. KELLERMAN;
and DANA M. KELLERMAN

v.                                    **No. 4:13CV00620 JLH (LEAD)**

NATIONAL BANK OF ARKANSAS                                    DEFENDANT

*Consolidated with*

PANTHER MOUNTAIN LAND                                        PLAINTIFFS
DEVELOPMENT, LLC;
BARRY K. KELLERMAN;
and DANA M. KELLERMAN

v.                                    **No. 4:13CV00734 JLH**

NATIONAL BANK OF ARKANSAS                                    DEFENDANT

**<u>ORDER</u>**

On October 30, 2013, case number 4:13CV00620 was assigned to the docket of the undersigned. Likewise, on December 23, 2013, case number 4:13CV00734 was filed and assigned to the docket of Judge D. P. Marshall, Jr. By Order dated February 5, 2014, Judge Marshall transferred case number 4:13CV00734 to this Court's docket.

The Court finds that consolidation of these two actions is appropriate. In accordance with the practice of the Eastern District of Arkansas, the first-filed case, number 4:13CV00620, is hereby designated the lead case and all future pleadings are to be filed in the lead case.

On January 6, 2014, case number 4:13CV00620 was stayed for a period of sixty days. Consequently, the consolidated case, number 4:13CV00734, is hereby stayed, as well, pending further order of the Court.

IT IS SO ORDERED this 6th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE