**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| PANTHER MOUNTAIN LAND DEVELOPMENT, LLC; BARRY K. KELLERMAN; and DANA M. KELLERMAN | PLAINTIFFS |
| v.    No. 4:13CV00620 JLH (LEAD) | |
| NATIONAL BANK OF ARKANSAS | DEFENDANT |

*Consolidated with*

| | |
|---|---|
| PANTHER MOUNTAIN LAND DEVELOPMENT, LLC; BARRY K. KELLERMAN; and DANA M. KELLERMAN | PLAINTIFFS |
| v.    No. 4:13CV00734 JLH | |
| NATIONAL BANK OF ARKANSAS | DEFENDANT |

**ORDER**

On October 30, 2013, case number 4:13CV00620 was assigned to the docket of the undersigned. Likewise, on December 23, 2013, case number 4:13CV00734 was filed and assigned to the docket of Judge D. P. Marshall, Jr. By Order dated February 5, 2014, Judge Marshall transferred case number 4:13CV00734 to this Court's docket.

The Court finds that consolidation of these two actions is appropriate. In accordance with the practice of the Eastern District of Arkansas, the first-filed case, number 4:13CV00620, is hereby designated the lead case and all future pleadings are to be filed in the lead case.

On January 6, 2014, case number 4:13CV00620 was stayed for a period of sixty days. Consequently, the consolidated case, number 4:13CV00734, is hereby stayed, as well, pending further order of the Court.

IT IS SO ORDERED this 6th day of February, 2014.

                                                        _____
                                                        J. LEON HOLMES
                                                        UNITED STATES DISTRICT JUDGE