**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PANTHER MOUNTAIN LAND                                                                               PLAINTIFFS
DEVELOPMENT, LLC;
BARRY K. KELLERMAN;
and DANA M. KELLERMAN

v.                                              NO. 4:13CV00620 JLH

NATIONAL BANK OF ARKANSAS                                                                            DEFENDANT

## ORDER

The joint motion to dismiss is GRANTED. Document #31. This action is dismissed with prejudice.

IT IS SO ORDERED this 15th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE